**John Mark SHELL, Plaintiff— Appellant,**

v.

**GREENWOOD COUNTY DETENTION CENTER; Dan Wideman, Sheriff; Major Anderson; Captain Millaton; Nurse Hudson, Head Nurse, Greenwood Detention Center, Defendants— Appellees.**

No. 07–6479.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 8, 2007.

John Mark Shell, Appellant Pro Se. William Henry Davidson, II, Robert David Garfield, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Mark Shell appeals the district court's order adopting the report and recommendation of the magistrate judge and granting summary judgment in favor of defendants on Shell's 42 U.S.C. § 1983 (2000) claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shell v. Greenwood County Det. Ctr.,* No. 8:06–cv–00905, 2007 WL 510117 (D.S.C. filed Feb. 12, 2007; entered Feb. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*